3-8-05

Dear Clerk of The Court

Civil Action No. 04-950-KAJ

Hello How are you doing I am writing in response to This case, The plaintiff Vurnis L. Gillis in addition to the filing of this complaint would like to receive further information pertaining to this case by the Clerk of the Court please sending me a Docket sheet. Thank you very much concerning this matter.

Sincerely

Mr. Vurnis L. Gillis #00180180
Bldg. 23 D-Tier upper #6
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware. 19977



FILED
MAR -9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE